# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 6, 2026

*By the Court:*

| | |
|---|---|
| No. 25-2275 | JOHN P. TOMKINS,<br>    Petitioner - Appellant<br><br>v.<br><br>BRIAN LAMMER, Warden,<br>    Respondent - Appellee |
| **Originating Case Information:** ||
| District Court No: 3:25-cv-50254<br>Northern District of Illinois, Western Division<br>District Judge Rebecca R. Pallmeyer ||

This court has received confirmation that the appellant paid the appellate filing fees in the district court. On August 21, 2025, pro se appellant John P. Tomkins filed an opening brief but a review of the docket shows that as of December 9, 2025, the appellant is represented by counsel. Accordingly,

**IT IS ORDERED** that the pro se brief filed on August 21, 2025, is **STRICKEN**. The opening brief and required short appendix of the appellant are due by February 5, 2026.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**   (form ID: **178**)