IN THE UNITED STATES COURT OF
APPEALS FOR THE SEVENTH CIRCUIT

JOHN P. TOMKINS,                           )

    *Appellant*,                          )

                                   )

                                   )

                                   )

                                   )    Case No. 25-2275

v.                                         )

                                   )

BRIAN LAMMER, Warden                       )

                                   )

    *Appellee*                            )

## APPELLANT'S UNOPPOSED MOTION FOR A FORTY (40) DAY EXTENSION OF TIME TO FILE THE OPENING BRIEF AND THE AFFIDAVIT IN SUPPORT OF THAT MOTION

Pursuant to 7th Cir. R. 26, John Tomkins, by and through undersigned pro-bono counsel, respectfully moves to extend the briefing schedule in the above-captioned case by forty (40) days. Under the current briefing schedule, the Opening Brief is due on February 5, 2026. This motion, if granted, would extend the due date to March 17, 2026. In support of this motion, undersigned counsel submits the following affidavit, which swears and affirms the following:

1

<u>AFFIDAVIT OF DANIEL HARAWA</u>

1.      Because this case was dismissed at the district court level prior to service to the government, no counsel has entered an appearance on Appellee's behalf. We reached out to the Office of the U.S. Attorney's general email address, usailn.ecfrockford@usdoj.gov, to request its position on this motion, and we have received no response.

2.      Appellant is represented pro bono by Daniel Harawa and Adam Murphy, with assistance from Maya Chamra, Emily Luong, and Benjamin Perelmuter, third-year law students in the New York University School of Law Federal Appellate Clinic.

3.      Mr. Harawa is a Professor of Law and the Director of the Federal Appellate Clinic at NYU Law, and Mr. Murphy is an Adjunct Professor of Clinical Law and a Clinical Teaching Fellow at NYU Law, positions that carry teaching and academic writing duties in addition to supervision of cases within the Clinic.

4.      While undersigned counsel and the law students are making every effort to draft the brief expeditiously, the Clinic is currently working on several other cases with the students, who also have coursework obligations outside of the clinic. These cases include, but are not limited to, the following:

   a. Duckett v. Garcia, 25-4969 (9th Cir.)

   b. Liles v. Fisher, 25-3529 (6th Cir.)

c. Millis v. Rewerts, 25-1606 (6th Cir.)

d. Karacson v. Shaver, 25-1089 (6th Cir.)

e. United States v. Henry, 25-2513 (7th Cir.)

5. Given the complexity of the issues involved in this appeal, and due to counsels' other work obligations, Appellant respectfully requests a forty (40) day extension of the due date to prepare and file the Opening Brief.

6. This additional time will allow counsel to best represent Appellant in this matter.

7. This is counsels' first request for an extension of time for this opening brief.

8. I declare under penalty of perjury that the foregoing is true and correct. See 28 U.S.C. § 1746. This affidavit was executed on January 29, 2026.


WHEREFORE, Appellant respectfully requests that the Court extend the briefing schedule such that the Opening Brief is due on March 17, 2026.

Dated: January 29, 2026

/s/ Daniel S. Harawa
Daniel S. Harawa
New York University School of Law
245 Sullivan Street, 5th Floor
New York, NY 10012

3

## <u>CERTIFICATE OF COMPLIANCE</u>

I HEREBY CERTIFY that APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE THE OPENING BRIEF complies with F.R.A.P. 27 and conforms to the typeface requirements of F.R.A.P. 32(a)(5) and the type-style requirements of Rule 32(a)(6). The length of this motion is 445 words in compliance with F.R.A.P. 27(d)(2)(A).

/s/ Daniel S. Harawa
Daniel S. Harawa

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2026, I electronically filed the foregoing APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE THE OPENING BRIEF with the Clerk of Court using the CM/ECF System. A copy of this motion will be emailed to usailn.ecfrockford@usdoj.gov to send notice of the filing.

/s/ Daniel S. Harawa
Daniel S. Harawa