# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 29, 2026

*By the Court:*

| | |
|---|---|
| No. 25-2275 | JOHN P. TOMKINS,<br> Petitioner - Appellant <br><br> v. <br><br> BRIAN LAMMER, Warden, <br> Respondent - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 3:25-cv-50254 |
| Northern District of Illinois, Western Division |
| District Judge Rebecca R. Pallmeyer |

Upon consideration of the **APPELLANT'S UNOPPOSED MOTION FOR A FORTY (40) DAY EXTENSION OF TIME TO FILE THE OPENING BRIEF AND THE AFFIDAVIT IN SUPPORT OF THAT MOTION**, filed on January 29, 2026, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1.    The brief and required short appendix of the appellant(s) will be due by March 17, 2026.

Important Scheduling Notice !

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)